FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION, <br><br> SAMUEL MICHAEL KELLER; et al., <br><br>  Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br>  Defendant - Appellant. | No. 10-15387 <br><br> D.C. No. 4:09-cv-01967-CW <br> Northern District of California, Oakland <br><br> ORDER |

Defendant's motion for leave to submit video-game console, controllers, and video games at issue in appeal and any response will be referred to the merits panel for resolution. The videotape exhibits will be returned to defendant pending the panel's response to the motion. *See* 9th Cir. R. 11-4.2

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Cir. R. 27-7/Advisory Note to Rule 27
>  and Ninth Circuit Rule 27-10

amt/Pro Mo 31Aug 2010