FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 09 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, <br><br> ─────────────── <br><br> SAMUEL MICHAEL KELLER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant - Appellant. | No. 10-15387 <br><br> D.C. No. 4:09-cv-01967-CW <br> Northern District of California, Oakland <br><br> ORDER |

The motion of Motion Picture Association of America, Inc. ("MPAA") for leave to file an amicus brief and the proposed amicus brief are referred to the merits panel for consideration.

Within seven days of the filing of this order, MPAA is ordered to file seven copies of the brief in paper format, accompanied by certification that the documents are identical to the version submitted electronically. Any further motion to file amicus curiae briefs shall be treated in the same fashion.

    For the Court:
    MOLLY C. DWYER
    Clerk of the Court


    Alihandra M. Totor
    Deputy Clerk
    Ninth Cir. R. 27-7/Advisory Note to Rule 27
      and Ninth Circuit Rule 27-10

amt/Pro Mo 08Sept 2010