UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION, | No. 10-15387 <br><br> D.C. No. 4:09-cv-01967-CW <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |
| SAMUEL MICHAEL KELLER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant - Appellant, <br><br> and <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY, <br><br> Defendants. | |

The amicus brief submitted by The Major League Baseball Players Association, The National Football League Players Association, The National Basketball Players Association, The National Hockey League Players' Association and The Major League Soccer Players Union on November 5, 2010 is filed.

Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Pearl Kariakin
Deputy Clerk