UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGIATION, | No. 10-15387 <br><br> D.C. No. 4:09-cv-01967-CW <br> U.S. District Court for Northern California, Oakland <br><br> **ORDER** |
| SAMUEL MICHAEL KELLER; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant - Appellant, <br><br> and <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY, <br><br> Defendants. | |

The amicus brief submitted by West, Inc., WRITERS GUILD OF AMERICA, WEST, INC., American Federation of Television and Radio Artists, Luminary Group LLC,, AFL-CIO, Creative Property Rights Alliance, Fifty Six Hope Road Music LTD., Screen Actors Guild, Inc., Thomas Steinback and Gail Knight Steinbeck on November 5, 2010 is filed.

Within 7 days of this order, amici curiae are ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Pearl Kariakin
Deputy Clerk