UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION, | No. 10-15387<br><br>D.C. No. 4:09-cv-01967-CW<br>U.S. District Court for Northern California, Oakland |
| SAMUEL MICHAEL KELLER; et al.,<br><br>   Plaintiffs - Appellees,<br><br>   v.<br><br>ELECTRONIC ARTS INC.,<br><br>   Defendant - Appellant,<br><br> and<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and COLLEGIATE LICENSING COMPANY,<br><br>   Defendants. | **ORDER** |

The amicus brief submitted by Motion Picture Association of America, Inc. on September 7, 2010 is filed.

No paper copies of this brief are required.  Paper copies previously received on 10/08/2010.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gretchen Lois Sumera
Deputy Clerk