# KING & SPALDING

King & Spalding LLP
1700 Pennsylvania Ave, NW
Suite 200
Washington, D.C. 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
www.kslaw.com

Paul D. Clement
pclement@kslaw.com

February 14, 2011

Molly Dwyer
Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA  94119-3939

   **Re: Withdrawal of Counsel from *Keller v. Electronic Arts, Inc.*, No. 10-15387**

Dear Ms. Dwyer,

  I am writing to withdraw my appearance in the above-titled case as additional counsel for *amici curiae* the National Football League Players Association, Major League Baseball Players Association, National Basketball Players Association, National Hockey League Players' Association, and Major League Soccer Players Union.  My notice of appearance was filed on February 10, 2011.

  Please do not hesitate to contact me with any questions.

              Respectfully submitted,

              Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on February 14, 2011. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid to the following non-CM/ECF participants:

Stacy Lima

| Case Number: 10-15387 | ECF Filing Status |
| --- | --- |
| Bryan Clobes<br>Cafferty Faucher LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | Not Registered |
| Donald Scott Macrae<br>Steyer, Lowenthal, Boodrookas, Alvarez & Smith<br>Suite 300<br>One California St.<br>San Francisco, CA 94111 | Not Registered |
| Joe Sibley<br>Kiwi Alejandro Danao Camara Camara & Sibley LLP<br>2339 University Blvd.<br>Houston, TX 70005 | Not Registered |